UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

CHARLES LESTER KNUCKLES, JR.,
SAMANTHA JO SHORT,
LYRIC ELIZABETH STEVENSON,
DAVID LEE CHATMAN, JR., and
BERNARD DESEAN HARRIS,

        **<u>INDICTMENT</u>**

        Defendants.

_____/

The Grand Jury charges:

## <u>COUNT 1</u>
(Conspiracy to Distribute and Possess with Intent to Distribute Methamphetamine)

From on or about December 14, 2022 until on or about January 7, 2023, in Houghton and Mackinac Counties, in the Northern Division of the Western District of Michigan and elsewhere, the defendants,

**CHARLES LESTER KNUCKLES, JR.,
SAMANTHA JO SHORT,
LYRIC ELIZABETH STEVENSON,
DAVID LEE CHATMAN, JR., and
BERNARD DESEAN HARRIS,**

combined, conspired, confederated, and agreed with each other, and with other persons known and unknown to the Grand Jury, to knowingly and intentionally distribute and possess with intent to distribute a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

21 U.S.C. § 846
21 U.S.C. § 841(a)(1)
21 U.S.C. § 841(b)(1)(C)

## **COUNT 2**
(Distribution of Methamphetamine)

On or about December 16, 2022, in Houghton County, in the Northern Division of the

Western District of Michigan and elsewhere, the defendants,

**CHARLES LESTER KNUCKLES, JR.,**
**SAMANTHA JO SHORT,**
**LYRIC ELIZABETH STEVENSON, and**
**DAVID LEE CHATMAN, JR.,**

knowingly and intentionally distributed a mixture or substance containing a detectable amount of

methamphetamine, a Schedule II controlled substance, and aided and abetted distribution of the

same.

21 U.S.C. § 841(a)(1)
21 U.S.C. § 841(b)(1)(C)
18 U.S.C. § 2

## COUNT 3
(Distribution of Methamphetamine)

On or about December 22, 2022, in Houghton County, in the Northern Division of the

Western District of Michigan and elsewhere, the defendants,

**CHARLES LESTER KNUCKLES, JR.,**
**LYRIC ELIZABETH STEVENSON, and**
**DAVID LEE CHATMAN, JR.,**

knowingly and intentionally distributed a mixture or substance containing a detectable amount of

methamphetamine, a Schedule II controlled substance, and aided and abetted distribution of the

same.

21 U.S.C. § 841(a)(1)
21 U.S.C. § 841(b)(1)(C)
18 U.S.C. § 2

## COUNT 4

(Distribution of Methamphetamine)

On or about January 7, 2023, in Mackinac County, in the Northern Division of the

Western District of Michigan, the defendant,

**LYRIC ELIZABETH STEVENSON,**

knowingly and intentionally distributed a mixture or substance containing a detectable amount of

methamphetamine, a Schedule II controlled substance, and aided and abetted distribution of the

same.

21 U.S.C. § 841(a)(1)
21 U.S.C. § 841(b)(1)(C)
18 U.S.C. § 2

**COUNT 5**

(Possession with Intent to Distribute Methamphetamine)

On or about January 7, 2023, in Mackinac County, in the Northern Division of the

Western District of Michigan, the defendants,

**SAMANTHA JO SHORT and**
**BERNARD DESEAN HARRIS,**

knowingly and intentionally possessed with intent to distribute a mixture or substance containing

a detectable amount of methamphetamine, a Schedule II controlled substance.

21 U.S.C. § 841(a)(1)
21 U.S.C. § 841(b)(1)(C)


A TRUE BILL

_____

GRAND JURY FOREPERSON

MARK A. TOTTEN
United States Attorney

_____

JOEL S. FAUSON
Assistant United States Attorney