UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:23-cr-16-05 |
| Plaintiff, | Hon. Janet T. Neff<br>U.S. District Judge |
| v. | |
| BERNARD DESEAN HARRIS, | |
| Defendant. | |
| _____/ | |

## ORDER FOR DETENTION

Defendant appeared before the undersigned for an initial appearance and arraignment on January 30, 2024 on an indictment charging him with conspiracy to distribute and possess with intent to distribute methamphetamine and possession with intent to distribute methamphetamine.

Defense counsel advised the Court that Defendant has pending charges in Macomb County, there is a hold on him from that county and there is a high bond. The issue of detention will be reserved at this time.

IT IS HEREBY ORDERED that Defendant shall remain detained pending further proceedings.

IT IS SO ORDERED.

Dated: January 31, 2024          /s/ *Maarten Vermaat*
                                 MAARTEN VERMAAT
                                 U.S. MAGISTRATE JUDGE